## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

YI WANG,

        Plaintiff(s),

v.

UR M. JADDOU, in her official capacity as Director of UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

        Defendant(s),

**CIVIL NUMBER: 3:24-cv-00016-SHL-WPK**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss is granted. Judgment is entered in favor of Defendant and against Plaintiff.

Date: October 8, 2024

CLERK, U.S. DISTRICT COURT

/s/ M. Mast
By: Deputy Clerk